In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Waldek Pseztase, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of William Dorsi, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of John Rosenbarker, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Joseph Siedliska, Appellant, from Certain Real Property. — Order affirmed, with ten dollars costs and disbursements. All concurred.

Thomas M. Ryan, Individually and as Carrier and Bailee, etc., Respondent, v. Empire Engineering Corporation, Appellant.—Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented.

Alonzo MacLafferty, Appellant, v. Ralph A. Kellogg, Respondent.— Judgment of Supreme Court and judgment of Buffalo City Court reversed and new trial granted, to be held in the City Court of Buffalo on the 7th day of February, 1916, at ten o'clock A. M., with costs to appellant to abide event, upon the authority of *Miller* v. *City of Buffalo* (126 App. Div. 923). All concurred.

The People of the State of New York, Respondent, v. Thomas Kerr, Appellant, Impleaded with Another.— Judgment of conviction reversed and new trial granted, upon the ground that the verdict is against the weight of the evidence upon the question of defendant's attempt to commit robbery. All concurred.

John F. Schulz, Respondent, v. Solomon Morrison, Appellant.— Judgment and order affirmed, with costs. All concurred.

Angelo Biasi, an Infant, by Simone Biasi, His Guardian ad Litem, Appellant, v. Acme Engineering and Contracting Company, Respondent. — Judgment reversed and new trial granted, with costs to appellant to abide event. Held (1), that the notice is a part of the complaint and should be read in connection therewith, and when so read the complaint states a cause of action. (2) Even if the complaint was defective, the court had power under the circumstances of this case to allow the amendment asked. All concurred.

John Griffin, Respondent, v. Charles H. Armsted, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied. Held, it appears from the interlocutory judgment and the decision or order therefor that there was a trial of the issue of law.